## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PORTIA MCCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-06585 |
| v. | ) | |
| | ) | |
| DUKE REALTY CORPORATION, SCOTT | ) | |
| P. ANDERSON, JOHN P. CASE, JAMES B. | ) | |
| CONNOR, TAMARA D. FISCHER, | ) | |
| NORMAN K. JENKINS, KELLY T. | ) | |
| KILLINGSWORTH, MELANIE R. | ) | |
| SABELHAUS, PETER M. SCOTT, | ) | |
| III, DAVID P. STOCKERT, CHRIS T. | ) | |
| SULTEMEIER, WARREN M. THOMPSON, | ) | |
| and LYNN C. THURBER, | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 4, 2022

**GRABAR LAW OFFICE**

By: *Joshua H. Grabar*

Joshua H. Grabar (#5906953)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*